# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:11-cr-336-Orl-22DAB

**WILLIAM E. STRATMAN**

_____

# REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to Local Rule 6.01(c)(16), on March 1, 2012, I conducted the Final Probation Revocation Hearing of the Defendant on the Superseding Petition for Warrant or Summons for Offender Under Supervision filed October 12, 2011 by Probation Officer Chong Bahng.

In the Superseding Petition, Probation Officer Chong Bahng alleges the Defendant was in violation of:

1. **New conviction for conduct, Failure of a Sex Offender to Report an Email Address, occurring on or about January 13, 2011, while on supervision in violation of the conditions of supervision:** On January 13, 2011, it was discovered that the defendant created an email address which was not registered in violation of Florida Statute 943.4359. On September 21, 2011, the defendant was convicted of Failure of a Sex Offender to Report an Email Address in Hillsborough County Circuit Court, Tampa, Florida Docket No. 11-CF-584.

2. **Association with a person convicted of a felony in violation of Condition Number Nine of the Standard Conditions of Supervision:** On January 13, 2011, the defendant was in possession of hundreds of letters from inmates incarcerated throughout the United States. The defendant was knowingly associating with convicted felons who were incarcerated in violation of the standard conditions of supervised release.

3. **Use of a computer or online services in violation of the Special Conditions of Supervision:** On January 13, 2011, the defendant was in possession of a laptop computer which had access to internet service without the written approval of his probation officer.

4. **Having direct contact with minors in violation of the Special Condition:** On November 22, 2010, the defendant admitted to his probation officer that he had contact with a 14 year old female via text messaging without written approval from his probation officer.

The Defendant admitted violating the Conditions as set forth in the Superseding Petition for Warrant or Summons for Offender Under Supervision.

Accordingly, the undersigned finds that the Defendant has violated the terms of his supervised release and respectfully recommends that the Court enter an Order to Show Cause why his supervised release should not be revoked.

The Defendant is in custody of the U.S. Marshal pending sentencing.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days of the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on this 2nd day of March, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Federal Public Defender